United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC.,<br>Defendant. | Case No. 17-cv-00950-KAW<br><br>ORDER OF RECUSAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court, on its own motion, recuses itself from any and all further proceedings in this matter.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: February 24, 2017

Kandis Westmore

KANDIS A. WESTMORE
United States Magistrate Judge