LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
JOSEPH NICHOLSON (State Bar #284959)
jnicholson@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

Marlene J. Goldenberg *(admitted pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Phone: (612) 333-4662

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:17-cv-00950-WHO<br><br>**JANE DOE'S ADMINISTRATIVE MOTION REGARDING RELATED CASE AND REQUEST TO TRANSFER TO JUDGE SUSAN ILLSTON** |

TO THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to Northern District Local Rule 3-12, Plaintiff Jane Doe hereby gives notice that this case, *Jane Doe v. Uber Technologies, Inc.*, case no. 17-cv-00950-WHO is related to *Jane Doe 1, et al. v. Uber Technologies, Inc.*, case no. 15-cv-04670-SI, also filed in the United States District Court, Northern District of California.

This prior related case was previously pending before Judge Susan Illston. Both the instant case and the prior related case involve allegations that Uber Technologies, Inc. is a transportation company and a common carrier; that it is both directly and vicariously liable for sexual assaults by

its drivers against passengers; that its direct liability stems in part from its fraudulent representations regarding the strength of its (allegedly inadequate) background checks; and that it is vicariously liable both because its drivers are employees controlled by Uber Technologies, Inc., and also because they are held out as ostensible agents. The cases involve the same defendant, the same alleged fraudulent misrepresentations, and the same type of incident (sexual assault). See Local Rule 3-12(a).

Given Judge Illston's familiarity with the legal and factual issues involved, transferring the case to her would likely result in substantial savings of judicial resources by avoiding duplication of labor. It would also avoid the risk of conflicting results that might result if these cases were conducted before different Judges.

Accordingly, Plaintiff Jane Doe requests that this instant case be transferred to Judge Illston.

Dated: March 24, 2017

WALKUP, MELODIA, KELLY & SCHOENBERGER

*/s/ Sara M. Peters*
SARA M. PETERS
JOSEPH NICHOLSON
Attorneys for Plaintiff

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210